IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSEPH LONNELL LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-1343-M |
| | ) | |
| HASKELL HIGGINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 4, 2011, the United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court summarily dismiss the claims against defendants Darryel Epperly and Beatrice Campbell without prejudice due to plaintiff's failure to comply with the orders of the Court and failure to serve said defendants. Plaintiff was advised of his right to object to the Report and Recommendation by August 22, 2011.

On August 22, 2011, plaintiff filed his Motion for Enlargement of Time. The Court granted plaintiff's motion and ordered him to file an objection on or before September 21, 2011. To date, neither parties has filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 4, 2011; and

(2)   DISMISSES the claims against defendants Darryel Epperly and Beatrice Campbell without prejudice due to plaintiff's failure to comply with the orders of the Court and failure to serve defendants Darryel Epperly and Beatrice Campbell.

**IT IS SO ORDERED this 28th day of September, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE